United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

DEVEN CHANDRA LACHAN,
Plaintiff,
v.
TARGET CORPORATION,
Defendant.

Case No. 24-cv-06048-LB

**SCHEDULING ORDER**

The court issues this revised scheduling order based on the parties' stipulation.[1]

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Non-expert discovery completion date | 6/22/2026 |
| Last hearing date for dispositive motions and/or further case-management conference | 7/23/2026 at 9:30 a.m. |
| ADR completion date | 10/20/2026 |
| Updated joint case-management-conference statement | 10/22/2026 |
| Further case-management conference | 10/29/2026 at 11:00 a.m. |
| Expert disclosures required by Federal Rules of Civil Procedure | 12/7/2026 |
| Rebuttal Expert Disclosures | 12/22/2026 |

[1] Stipulation – ECF No. 49.

| | |
|---|---|
| Expert discovery completion date | 1/22/2027 |
| Meet and confer re pretrial filings | 1/22/2027 |
| Serve (but do not file) motion in limine | 2/2/2027 |
| Serve oppositions to motions in limine | 2/16/2027 |
| Pretrial filings due (motions in limine, joint pretrial order, stipulations, witness and exhibit lists, proposed jury instructions, verdict forms, and jury questionnaire, and trial briefs) | 2/18/2027 |
| Lodge exhibits, deposition designations, admissions and interrogatories designations, and objections | 3/4/2027 |
| Final pretrial conference | 3/18/2027 at 1:00 p.m. |
| Trial | 3/22/2027 at 8:30 a.m. |
| Length of trial | 5 days (TBD on 3/18/2027) |

**IT IS SO ORDERED.**

Dated: August 18, 2026

LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California